No. 04–1675. MERRITT v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–1676. MERCER v. THOMAS ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 04–1677. MOULTRIE v. HUTCHINSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–1680. BANKS v. CHASE MANHATTAN BANK. Ct. App. Wis. Certiorari denied.

No. 04–1681. PRYEAR v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 04–1682. MIRAMAX FILM CORP. ET AL. v. GROSSO. C. A. 9th Cir. Certiorari denied.

No. 04–1683. VEAZEY ET. UX. v. ASCENSION PARISH SCHOOL BOARD. C. A. 5th Cir. Certiorari denied.

No. 04–1684. CRANMER v. TUMBLEBUS INC. C. A. 6th Cir. Certiorari denied.

No. 04–1685. DUVALL v. SACRAMENTO SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 04–1686. REILLY v. WEISS ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–1687. DAVIDSON ET AL. v. VIVRA INC. ET AL.; and DAVIDSON v. MEEHAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–1688. BAILEY v. CLAY COUNTY, ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–1689. BRANT ET AL. v. WHITAKER BANK, INC. C. A. 6th Cir. Certiorari denied.

No. 04–1691. MOORE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.